

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2022

No. 04-20-00392-CV

Sherry **CAGLE** n/k/a Sherry Schwartz,
Appellant

v.

Mario **CUELLAR** and Norma Cuellar,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-01910
Honorable Laura Salinas, Judge Presiding

# O R D E R

On May 27, 2022, appellant filed a motion requesting an extension of time to file her motion requesting rehearing and en banc reconsideration. After consideration, we **grant** appellant's extension and **deem** her "Motion for Rehearing En Banc" timely.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court